# IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

ANTHONY DOMINICK CHIRICHELLA

                         Debtor    /

CASE NO.: 3:20-bk-03025-JAF
Chapter 13

Estimated Time if a hearing is required:
5 Minutes

## CHAPTER 13 TRUSTEE'S OBJECTION TO CLAIM 5 OF WBL SPE II, L.L.C.

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 300 North Hogan Street, Suite 3-150, Jacksonville, Florida 32202 and mail a copy to the moving party at Douglas W. Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, Florida 32201-4308 within 30 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

---

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, and files this Objection to Allowance of Claim number 5 as filed by the Creditor, pursuant to Bankruptcy Rule 3007 and states the following:

The Trustee specifically objects to: the creditor not providing the required 410A (Mortgage Proof of Claim Attachment).

WHEREFORE the Trustee objects to Claim number 5 as filed.

/s/ Douglas W. Neway
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida 32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was served by electronic transmission, facsimilie transmission, and/or U. S. Mail on this 21st day of January, 2021 to the following:

REHAN N KHAWAJA ESQUIRE, 817 NORTH MAIN ST, JACKSONVILLE, FL 32202
ANTHONY DOMINICK CHIRICHELLA, 5512 NORTH BUFFALO DRIVE, BEVERLY HILLS, FL 34465
WBL SPE II, LLC, C/O JONATHAN SYKES, ESQ., NARDELLA & NARDELLA, PLLC, 135 W. CENTRAL BLVD., SUITE 300, ORLANDO, FL 32801
WBL SPE II, LLC, 101 HUDSON STREET, 33RD FLOOR, JERSEY CITY, NJ 07302-3905
JONATHAN SYKES, ESQ., NARDELLA & NARDELLA, PLLC, 135 W. CENTRAL BLVD., SUITE 300, ORLANDO, FL 32801
ANDREA FULLER, REGISTERED AGENT, 2385 TOWER DR., NAPLES, FL 34104
JOHN MURPHY, AUTHORIZED AGENT, WORLD BUSINESS LENDERS, LLC AS SERVICER, P.O. BOX 479, ELMSFORD, NY 10523
CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525

/s/ Douglas W. Neway